**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6157**

_____

JIAME J. HARGROVE,

                                        Petitioner - Appellant,

        versus

DENNIS HARRISON, JR., Warden; MICHAEL GAINES,
United States Parole Commissioner,

                                        Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-00-1400-AM)

_____

Submitted:  May 24, 2001                Decided:  June 1, 2001

_____

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jiame J. Hargrove, Appellant Pro Se.  Arthur Erwin Peabody, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jiame J. Hargrove appeals the district court order denying relief on his 28 U.S.C.A. § 2241 (West 1994 & Supp. 2000) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hargrove v. Harrison, No. CA-00-1400-AM (E.D. Va. filed: December 14, 2000; entered: Dec. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED